UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: RULE 45 SUBPOENA TO HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

26-MC-486 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 2, 2026, Movant Horizon Blue Cross Blue Shield of New Jersey ("BCBS") moved in this Court to quash a subpoena issued by the U.S. District Court for the District of Minnesota in *In re Change Healthcare, Inc. Customer Data Security Breach Litigation*, MDL No. 24-3108. (ECF No. 1.) On October 8, 2026, this Court ordered BCBS to show cause why its motion should not be transferred to the District of Minnesota. (ECF No. 6.) In response, BCBS moved to withdraw its motion to quash and requested that this matter be closed. (ECF No. 7.)

Accordingly, BCBS's motion to withdraw its motion to quash is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 7 and to close this case.

SO ORDERED.

Dated: October 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge